| | |
|---|---|
| 1 | MELINDA HAAG, CABN 132612<br>United States Attorney |
| 2 | ILA C. DEISS, NYBN 3052909<br>Assistant United States Attorney |
| 3 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 4 | Telephone: (415) 436-7124<br>Fax: (415) 436-7169 |
| 5 | Email: ila.deiss@usdoj.gov |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BOXIN YU,

    Plaintiff,

v.

ROBIN BARRETT, USCIS SAN FRANCISCO FIELD OFFICE DIRECTOR, ALEJANDRO MAYORKAS, DIRECTOR, USCIS; USCIS; JANET NAPOLITANO, SECRETARY, DHS; DHS; ERIC H. HOLDER, U.S. ATTORNEY GENERAL; CHRISTINA POULOS, DIRECTOR, CALIFORNIA SERVICE CENTER,

    Defendants.

Case No. CV-12-2376-NC

**CONSENT TO A MAGISTRATE JUDGE; STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

Consent and Stipulation to Dismiss; [Proposed] Order
Case No. CV 12 2376 NC

1    In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned
2 parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all
3 further proceedings in the case, including trial, and order the entry of a final judgment. Appeal
4 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
5 Circuit.
6    Further, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and
7 the defendants, through undersigned counsel, hereby stipulate to dismiss the entire above-
8 captioned action because Defendants have adjudicated the applications.
9    Each party shall pay their own costs and fees.
10    IT IS SO STIPULATED.

11                             Respectfully submitted,

12                             MELINDA HAAG
                               United States Attorney
13

14 Dated: July 10, 2012              /s/
                               ILA C. DEISS
15                             Assistant United States Attorney
                               Attorneys for Defendants
16

17 Dated: July 10, 2012        _____
                               ROBERT B. JOBE
18                             Attorney for Plaintiff

19 //

20                      [PROPOSED] ORDER

21    Pursuant to stipulation, IT IS SO ORDERED.

22

23

24 Date: July 10, 2012              /s/ signature
                               NATHANAEL COUSINS
25                             United States Magistrate Judge

26

27

28