MELINDA HAAG, CABN 132612
United States Attorney
ILA C. DEISS, NYBN 3052909
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
Fax: (415) 436-7169
Email: ila.deiss@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOXIN YU,<br><br>          Plaintiff,<br><br>    v.<br><br>ROBIN BARRETT, USCIS SAN FRANCISCO FIELD OFFICE DIRECTOR, ALEJANDRO MAYORKAS, DIRECTOR, USCIS; USCIS; JANET NAPOLITANO, SECRETARY, DHS; DHS; ERIC H. HOLDER, U.S. ATTORNEY GENERAL; CHRISTINA POULOS, DIRECTOR, CALIFORNIA SERVICE CENTER,<br><br>          Defendants. | Case No. CV-12-2376-NC<br><br>**CONSENT TO A MAGISTRATE JUDGE; STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

1    In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

   Further, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendants, through undersigned counsel, hereby stipulate to dismiss the entire above-captioned action because Defendants have adjudicated the applications.

   Each party shall pay their own costs and fees.

   IT IS SO STIPULATED.

                                      Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

Dated: July 10, 2012                       /s/
                                      ILA C. DEISS
                                      Assistant United States Attorney
                                      Attorneys for Defendants

Dated: July 10, 2012
                                      ROBERT B. JOBE
                                      Attorney for Plaintiff

//

                        [PROPOSED] ORDER

   Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 10, 2012
                                      NATHANAEL COUSINS
                                      United States Magistrate Judge

Consent and Stipulation to Dismiss; [Proposed] Order
Case No. CV 12 2376 NC                    2